| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF NEW JERSEY |
| Case number *(if known)* _____ Chapter __11__ |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | **Debtor's name** | Quadra FS Inc. |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | DBA Quadra Furniture Solutions <br> DBA Quadra Furniture & Spaces |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 43-2087585 |

| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|---|---|
| | | 1 County Road, Unit B-1 <br> Secaucus, NJ 07094 <br> Number, Street, City, State & ZIP Code | _____ <br> P.O. Box, Number, Street, City, State & ZIP Code |
| | | Hudson <br> County | **Location of principal assets, if different from principal place of business** <br> 1 County Road,  Unit B-1 Secaucus, NJ 07094-2100 <br> Number, Street, City, State & ZIP Code |

| 5. | **Debtor's website** (URL) | www.quadrafs.com |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Debtor  Quadra FS Inc.  _____  Case number (*if known*) _____
      Name

7. **Describe debtor's business**

    A. *Check one:*
    - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
    - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
    - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
    - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
    - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
    - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
    - ☒ None of the above

    B. *Check all that apply*
    - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
    - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
    - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
        5322

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

    *Check one:*
    - ☐ Chapter 7
    - ☐ Chapter 9
    - ☒ Chapter 11. *Check **all** that apply*:
        - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
        - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
        - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
        - ☐ A plan is being filed with this petition.
        - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
        - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
        - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
    - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.

    - ☒ No.
    - ☐ Yes.

    | District | _____ | When | _____ | Case number | _____ |
    | District | _____ | When | _____ | Case number | _____ |

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    - ☒ No
    - ☐ Yes.

    List all cases. If more than 1, attach a separate list

    | Debtor | _____ | Relationship | _____ |
    | District | _____ | When | _____ | Case number, if known | _____ |

Debtor __Quadra FS Inc._____  Case number (*if known*)_____
      Name

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:*<br>☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>    Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>       Contact name _____<br>       Phone _____ |

**Statistical and administrative information**

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:*<br>☒ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| | | | | |
|---|---|---|---|---|
| **14.** | **Estimated number of creditors** | ☒ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |
| **15.** | **Estimated Assets** | ☒ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☒ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

Debtor   Quadra FS Inc.                                           Case number (*if known*)
         Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   March 2, 2025
              MM / DD / YYYY

**X** /s/   Robert Sablic                                         Robert Sablic
Signature of authorized representative of debtor                  Printed name

Title   President

**18. Signature of attorney**

**X** /s/ Kenneth L. Baum                                Date   March 2, 2025
Signature of attorney for debtor                                MM / DD / YYYY

Kenneth L. Baum
Printed name

Law Offices of Kenneth L. Baum, LLC
Firm name

201 W. Passaic Street, Suite 104
Rochelle Park, NJ 07662
Number, Street, City, State & ZIP Code

Contact phone   (201) 853-3030        Email address   kbaum@kenbaumdebtsolutions.com

NJ
Bar number and State

Official Form 201              **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    page 4

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Quadra FS Inc. |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Abrams Fensterman LLP<br>3 Dakota Drive, Suite 300<br>Lake Success, NY 11042 | | legal fees | | | | $25,500.00 |
| Beacon Hill Staffing Group<br>20 Ashburton Place<br>Boston, MA 02108 | | accounting temps | | | | $30,000.00 |
| CohnReznick<br>1303 Avenue of the Americas, 10th Floor<br>New York, NY 10019 | | accounting firm | | | | $18,000.00 |
| Connecticut Dept of Revenue<br>450 Columbus Blvd., Suite One<br>Hartford, CT 06103 | | | | | | Unknown |
| Establish Inc.<br>1411 Broadway, 16th Floor<br>New York, NY 10018 | | consulting fees | | | | $13,000.00 |
| Euler Hermes North AXADON<br>100 International Drive, 22 Floor<br>Baltimore, MD 21202 | | Financing Loan | | | | $35,000.00 |
| Express Employment Professionals<br>4808 Bergenline Avenue, Suite 502<br>Union City, NY 07087 | | warehouse temps | | | | $17,000.00 |

Debtor  Quadra FS Inc.  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| FORTE DGTL Legal Department 1200 N Federal Highway, Suite 200 Boca Raton, FL 33432 | | | | | | $12,500.00 |
| Global Industries Inc. 17 West Stow Rd Marlton, NJ 08053 | | office furniture | | | | $35,000.00 |
| Harter Seacrest & Emery 250 Park Av, 14th Floor New York, NY 10177 | | | | | | $14,000.00 |
| NJ Dept. of Labor Division of Employer Accounts P.O. Box 379 Trenton, NJ 08625-0379 | | | | | | Unknown |
| NYS Dept. of Labor - Unemployment P.O. Box 551 Albany, NY 12201 | | | | | | Unknown |
| Payro Capital LLC 1166 River Avenue, Suite 205 Lakewood, NJ 08701 | | Financing Loan | | | | $37,402.00 |
| PB Paints 484 Decatur Street Brooklyn, NY 11232 | | painting services | | | | $17,000.00 |
| Prager Metis CPAS, LC 14 Penn Plaza, 18th Floor New York, NY 10122 | | accounting services | | | | $13,000.00 |
| Robert Half 2884 Sand Hill Rd, Suite 200 Menlo Park, CA 94025 | | | | | | $22,000.00 |
| Ryder Truck Rental 2333 Ponce DeLeon Blvd, Suite 700 Coral Gables, FL 33134 | | | Disputed | | | $45,000.00 |
| Salem Truck Rental Inc. 9505 Avenue D Brooklyn, NY 11236 | | | | | | $12,248.00 |

Debtor  Quadra FS Inc.  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Salesforce, Inc.<br>415 Mission Street, 3rd Floor<br>San Francisco, CA 94105 | | | | | | $10,000.00 |
| Talent on Demand<br>c/o Sanjay Bakshi<br>8 Rose Street<br>Metuchen, NJ 08840 | | warehouse temps | | | | $14,000.00 |

# United States Bankruptcy Court
### District of New Jersey

In re: Quadra FS Inc.
Debtor(s)

Case No.
Chapter 11

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: March 2, 2025

/s/ Robert Sablic
Robert Sablic/President
Signer/Title

```
Abrams Fensterman LLP
3 Dakota Drive, Suite 300
Lake Success, NY 11042


Beacon Hill Staffing Group
20 Ashburton Place
Boston, MA 02108


CohnReznick
1303 Avenue of the Americas, 10th Floor
New York, NY 10019


Connecticut Dept of Revenue
450 Columbus Blvd., Suite One
Hartford, CT 06103


Establish Inc.
1411 Broadway, 16th Floor
New York, NY 10018


Euler Hermes North AXADON
100 International Drive, 22 Floor
Baltimore, MD 21202


Evan Cowit, Esq.
800 Third Ave
New York, NY 10022


Express Employment Professionals
4808 Bergenline Avenue, Suite 502
Union City, NY 07087


FORTE DGTL
Legal Department
1200 N Federal Highway, Suite 200
Boca Raton, FL 33432


FORTE Technology


Global Industries Inc.
17 West Stow Rd
Marlton, NJ 08053


Harter Seacrest & Emery
250 Park Av, 14th Floor
New York, NY 10177


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Kurcias Jaffe & Company LLP
534 Broadhallow Rd
Suite 450
Mellville, NJ 11747
```

```
Meyer, Saxon & Cole
Robert Saxon, Esq.
3620 Quentin Rd
Brooklyn, NY 11234


Meyers, Saxon & Cole
3620 Quentin Rd
Brooklyn, NY 11234


NJ Dept. of Labor
Division of Employer Accounts
P.O. Box 379
Trenton, NJ 08625-0379


NJ Division of Taxation
Compliance and Enforcement - Bankruptcy
3 John Fitch P.O. Box 245
Trenton, NJ 08695-0245


NY State Dept of Taxation and Finance
Bankruptcy/Special Procedures Section
P.O. Box 5300
Brooklyn, NY 11205-0300


NYS Dept. of Labor - Unemployment
P.O. Box 551
Albany, NY 12201


Payro Capital LLC
1166 River Avenue, Suite 205
Lakewood, NJ 08701


PB Paints
484 Decatur Street
Brooklyn, NY 11232


Penske Truck Rental
2675 Morgan Town Rd
Reading, PA 19607


Prager Metis CPAS, LC
14 Penn Plaza, 18th Floor
New York, NY 10122


Relin, Goldstein & Crane, LLP
Joseph M. Shur, Esq.
28 E. Main Street, Suite 1800
Rochester, NY 14614


Robert Half
2884 Sand Hill Rd, Suite 200
Menlo Park, CA 94025


Robert Sabic, President
c/o Quadra FS Inc.
1 County Road, Unit B-1
Secaucus, NJ 07094
```

Robert Sablic
c/o Quadra FS Inc.
1 County Rd, Unit B-1
Secaucus, NJ 07094


Ryder Truck Rental
2333 Ponce DeLeon Blvd, Suite 700
Coral Gables, FL 33134


Salem Truck Rental Inc.
9505 Avenue D
Brooklyn, NY 11236


Salesforce, Inc.
415 Mission Street, 3rd Floor
San Francisco, CA 94105


Salesforce.com


Skylar Law, LLC
Mark vonBerg, Esq.
20 Brace Rd, suite 205
Cherry Hill, NJ 08034


Spinella Law Group, LLC
Jack Spinella, Esq.
60 Washington St, Suite 107G
Morristown, NJ


Talent on Demand
c/o Sanjay Bakshi
8 Rose Street
Metuchen, NJ 08840


The Schutzer Group PLLC
Eric P. Schutzer, Esq.
330 Seventh Ave, 15th Floor
New York, NY 10001


Victor M. Gomez
c/o Quadra FS Inc.
1 County Rd, Unit B-1
Secaucus, NJ 07094


Victor M. Gomez, CFO
c/o Quadra FS Inc.
1 County Rd, Unit B-1
Secaucus, NJ 07094

# United States Bankruptcy Court
### District of New Jersey

In re   Quadra FS Inc.       Case No. _____

                           Debtor(s)      Chapter   11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Quadra FS Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

| | |
|---|---|
| March 2, 2025 | /s/ Kenneth L. Baum |
| Date | Kenneth L. Baum |
| | Signature of Attorney or Litigant |
| | Counsel for   Quadra FS Inc. |
| | Law Offices of Kenneth L. Baum, LLC |
| | 201 W. Passaic Street, Suite 104 |
| | Rochelle Park, NJ 07662 |
| | (201) 853-3030  Fax:(201) 584-0297 |
| | kbaum@kenbaumdebtsolutions.com |