**Order Filed on July 23, 2026
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Quadra FS Inc.,

Debtor.

| | |
|---|---|
| Case No.: | 25-12162 |
| Hearing Date: | 8/4/2026 |
| Chapter: | 11 |
| Judge: | Stacey L. Meisel |

**ORDER TO SHOW CAUSE AS TO WHY CASE SHOULD NOT BE DISMISSED OR CONVERTED FOR; (I) CAUSE UNDER 11 U.S.C. § 1112(b)(1) AND (4)(J), AND/OR (II) ANY OTHER REASON SET FORTH IN THE BANKRUPTCY CODE AND APPLICABLE LAW**

The relief set forth on the following page is hereby **ORDERED.**

**DATED: July 23, 2026**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

1

The Court having noted that the debtor has failed to timely confirm a plan of reorganization; it is hereby

**ORDERED** that the debtor must appear before the Honorable Stacey L. Meisel on 8/4/2026 at 11:00 AM in Courtroom number 3A, United States Bankruptcy Court, 50 Walnut Street, 3rd Floor, New Jersey, to show cause as to why this case should not be dismissed or converted for; (I) cause under 11 U.S.C. § 1112(b)(1) and (4)(J), and/or (II) any other reason set forth in the Bankruptcy Code and applicable law; and it is further

**ORDERED** that objections or responses to the Order to Show Cause shall be filed seven (7) days prior to the return date of the Order to Show Cause; and it is further

**ORDERED** that if no objection(s) or response(s) are timely filed then the matter will be decided without oral argument.